CASE OPENING INFORMATION

CONTINUATION SHEET

| Counsel of Record for Plaintiffs |
|---|
| Aneel L. Chablani<br>Beatriz A. Diaz-Pollack<br>Michael R. Ortega<br>CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>25 E. Washington St., Ste. 1300<br>Chicago, IL 60602<br>(312) 630-9744 |
| Jocelyn (Josie) E. Skinner<br>Emily K. Merolli<br>SLIGO LAW GROUP, PLLC<br>1717 K St. NW, suite 900<br>Washington, DC 20006<br>(202) 888-2084 |