**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>Defendants. | Case No. 25-cv-15704 |

**COMPLAINT EXHIBIT INDEX**

**Exhibit 1.** Declaration of Susan Stanton, Executive Director of Afterschool for Children and Teens Now

**Exhibit 2.** Declaration of Lesley Rivers, Director of Community Schools at Afterschool for Children and Teens Now

**Exhibit 3.** Declaration of Ronald Petracca

**Exhibit 4.** Applications for Full-Service Community School Grants

**Exhibit 5.** 2024 Grant Award Notifications

**Exhibit 6.** 2025 Grant Award Notifications

**Exhibit 7.** U.S. Department of Education Notices of Non-Continuation

**Exhibit 8.** Afterschool for Children and Teens Now Request for Reconsideration

**Exhibit 9.** Declaration of Michael Guilmette, Data Specialist for Community Schools at Afterschool for Children and Teens Now

**Exhibit 10.** Declaration of Sarah Norton, Director of Community Partnerships at West Chicago Elementary, District 33

**Exhibit 11.** Declaration of Patrick Brosnan, Executive Director of Brighton Park Neighborhood Council

**Exhibit 12.** Declaration of Valerie Clodi, Director of Development for Herrin Central Unified School District 4

**Exhibit 13.** Declaration of Rachel Mateyka, Director of Community Schooling at Vienna Grade School

**Exhibit 14.** General Education Provisions Act Statement

**Exhibit 23.** U.S. Department of Education Denials of Request for Reconsideration