# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>    Defendants. | Case No. |

## DECLARATION OF LESLEY RIVERS

Pursuant to 28 U.S.C. § 1746, I, Lesley Rivers, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of Plaintiff's Complaint and Request for a Temporary Injunction.

3. I am the Director of Community Schools at Afterschool for Children and Teens Now (ACT Now), and I have served in that capacity since January 2024. Between June 2021 and January 2024, I served as an ACT Now Program Coordinator.

4. ACT Now directly partners with an external program evaluator, a group of coaches who train community school coordinators, and a company that builds and helps maintain our extensive database system that collects and tracks comprehensive quantitative data points and quantitative measures of program success across all schools and partner organizations. We provide direct support to 32 schools, with each school having anywhere from 3 to 10 community

1

partners that further facilitate Full-Service Community Schools (FSCS) program development and implementation.

5.  As the Director of Community Schools at ACT Now, I primarily oversee the relationship that we, as a grantee, have with our evaluator, school coordinator coaches, our database contractor, and our relationship with each of our partner schools. My staff provide additional daily support to each of those partnerships.

6.  A significant amount of ACT Now's operational budget comes from our two Full-Service Community Schools grants, administered by the U.S. Department of Education. Other sources of funding for our internal operations come from payment we receive as technical assistance providers for other state grants and some private and public grants, as well as small amounts of unrestricted funds raised directly by our organization. Our receipt of those other funding sources, and our ability to operate and provide services is dependent on access to our FSCS grant awards.

7.  If we lose access to our FSCS grant funding on December 31, 2025, it would result in immediate and significant impacts. Programs would shut down across the state on January 1, 2026, and ACT Now and our partner organizations would lose staff very quickly.

8.  Our partnerships work on a reimbursement system. Schools and other subgrantees pay out costs associated with operating grant programs, including signing contracts with outside vendors and paying staff salaries and program costs. They then submit monthly vouchers to ACT Now and our team pays reimbursements. While this process allows us to appropriately track grant funds and ensure that they are being used for allowable expenses, it also means that our subgrantees must immediately stop accruing program-related costs that they may not be reimbursed for, resulting in immediate impacts to program operations.

9. Statewide, our grants support 48.5 full time employees at our partner schools and organizations. An additional approximately 545 hourly employment opportunities are funded by FSCS grants. The vast majority of these positions would be immediately eliminated.

10. ACT Now's FSCS programs impact the schools and communities of approximately 19,000 students throughout the state of Illinois. One of the biggest strengths of the FSCS model is that all students at schools receiving services benefit from the programs, even if students are not directly receiving those services. For example, targeted mental health services for some students improves the school environment for all students. Efforts to reduce chronic absenteeism and improve school engagement for some students improves overall school engagement and the classroom environment for all students. Improvements to school facilities and communal spaces, such as gymnasiums, playgrounds, and entryways, are accessible to all students and many family and community members. Increasing support staff services within schools allows teachers to spend more time on classroom instruction, benefiting all students. Additionally, some schools have implemented school-wide improvements that touch every student, such as Positive Behavioral Interventions and Supports systems, improved communication systems for families, and career planning supports for high schoolers.

11. The FSCS grant program is, at its core, a community and relationship-driven opportunity that puts the direct responsibility for identifying community needs in the hands of very localized community leaders. As part of their participation in ACT Now's FSCS grants, our partner schools each completed a comprehensive Assets and Needs Assessment for their specific communities. These assessments identified each community's largest needs and assets, which were used to create reports that were shared with the community. From the report, schools and partner organizations laid out an implementation plan that included their goals, how those goals

fit into the FSCS grant objectives, and outlined proposed initiatives to meet those goals. Schools then developed a budget to support that implementation plan. The budgets were designed to cover the entire school year; we are in the middle of the budget period now.

12. Grant programs vary at each of our community schools based on the particular needs and assets identified by each. Representative programs include:

   a. Afterschool programs, which are present at each of our partner schools, and cover the interests and needs of each student, including tutoring and academic supports, STEM clubs, reading initiatives, skill development (including podcasting and crafts), athletic opportunities, and career exploration;

   b. Early childhood education supports, with schools funding additional early childhood classrooms in schools or partnering with community service-providers to enhance early childhood learning and improve kindergarten readiness;

   c. Mental health services, including increasing numbers of counselors or available hours for counselors, with some schools partnering with community organizations to bring in mobile clinics and counselors;

   d. Food insecurity initiatives, including providing targeted meals or school-based food pantries to support students and their families;

   e. Transportation availability, particularly for rural schools who use funds to provide transportation to increase the availability of FSCS programming to a wide geographic area;

   f. Chronic absenteeism, including standing up task forces, home visits, and improving the culture and space at school to increase student engagement; and

      g. School safety initiatives, from providing safe pathways to school in urban areas to improving school safety infrastructure in rural areas.

13. As designed, the grant funds provided a significant infusion to community partners and schools during the early grant period so groups could stand up their programs and build in mechanisms for long-term sustainability. Programs are designed to then roll off of grant reliance in later years of the grants. We are in year two of our FSCS grants, meaning that significant cost outlays have been made to set up the physical, staffing, relational, and data infrastructure. These resources will be immediately and likely irreparably lost if we lose grant funding.

14. If ACT Now is not able to access or distribute FSCS grant funds after December 31, 2025, there are no alternative mechanisms that would allow our program partners to continue to provide services, and no other service providers that could fill the gaps that would be left behind.

15. School budgets have been submitted and approved through June 30, and the mid-year loss of funds will have profound negative impacts across the school that will be seen in test scores, chronic absenteeism, and suspension rates – areas that have measurably benefited from existing FSCS programs.

16. FSCS grants are all about relationships and trust within the community. The loss of funding and programs, especially in the middle of the school year, will result in an immediate and extreme loss of trust by the community in its schools, ACT Now, and government actors. Even if access to funding is later recovered, the relationships and trust that have been carefully and intentionally built will never be regained. Challenges that were a natural part of standing up our programs during year one of the grant will need to be addressed again. Institutional

knowledge that has built over the life of the grant will be lost and will take months and precious grant resources to rebuild. We will need to pivot to focus on project infrastructure and rebuilding trust, rather than keeping the focus on development of impactful, efficient, and sustainable programming.

17. Unfortunately, since ACT Now received its notices of non-continuation, we have already lost trust and lost critical program staff because we are not able to guarantee reimbursements for staffing costs beyond December 31. So far, two schools have already fired their community school coordinators for this reason.

18. It is my understanding that while a few schools have been able to find funding sources to maintain their community school coordinators on staff in the very short term, most have not, and will lose staff and full program capacity immediately.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 29 , 2025.

*Lesley Rivers*
_____

Doc ID: da905de4dbb4dd1a2e0269af282b45159b5885c8