# Exhibit 7



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*December 12, 2025*

METROPOLITAN FAMILY SERVICES

### <u>Notice of Non-Continuation of Grant Award</u>

Dear Lesley Rivers:

This letter provides notice that the United States Department of Education has determined not to continue your federal award, S215J230149, in its entirety, effective at the end of your current grant budget period. *See*, *inter alia*, 34 C.F.R. § 75.253(a)(5) and (f)(1).

Continuation requires "a determination from the Secretary that continuation of the project is in the best interest of the Federal Government." *Id*. The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds. The grant is therefore inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued.

During the review process, Department staff identified that the applicant has proposed project activities that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. Specifically, "Integrated student supports, such as social-emotional learning and physical and mental health services, professional development on equity and inclusion, and collaborative leadership practices will assist participating schools in building safe and inclusive spaces for all students, including those with disabilities. ACT Now is a statewide leader in providing trainings on gender and sexuality to educators, offering Gender and Sexuality in OST 101 and 102 professional development courses. ACT Now, as the statewide afterschool network, has access to a variety of partners and content experts that develop curriculum focused on inclusion, such as the 1619 project. Throughout the year, ACT Now also hosts a variety of trainings for educators focused on trauma-informed care and racial equity," page e50. Additionally, the GEPA states, "We will consider the following factors to ensure the equitable distribution of funds to school districts: Poverty rates, Equity factors such as race and ethnicity,..." page e195, and "ACT Now will also ensure equitable access to the resources and trainings we create to support community schools. All of our trainings are developed with a racial equity and cultural competency lens. Further, we have specific trainings on cultural competency, and we are working with nationwide experts, Thrive Paradigm, to develop racial equity and implicit bias training for our Coalition members," page e196. As a result of the information identified above, the Department has determined that the project would be in conflict with agency policy and priorities, and so is not in the best interest of the Federal Government.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

Pursuant to 34 C.F.R. § 75.253(g), you may request reconsideration of this decision. To do so, you must submit information and documentation supporting your position, in writing, within 7 calendar days of the date of this non-continuation grant award notice. Requests for reconsideration must be sent by email and addressed to:

Kirsten Baesler
Assistant Secretary
Office of Elementary and Secondary Education
U.S. Department of Education
OESEGrants@ed.gov
400 Maryland Ave. SW
Washington, DC 20202

Your request for reconsideration should set forth your basis for disagreeing with the Department's decision not to make a continuation award and include any relevant supporting documentation. *See* 34 C.F.R. § 75.253(g) and 2 C.F.R. § 200.342. Grantees will not be offered a no-cost extension consistent with the Department's discretionary authority under 34 C.F.R. § 75.253(h) and 2 C.F.R. § 200.308(g)(2). For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/department-grant-review-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Additionally, under 2 C.F.R. § 200.344(b), you are required to submit all final reports by no later than 120 calendar days after the end of the grant period of performance. Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334.

Sincerely,

Murray Bessette, Ph.D.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

*December 12, 2025*

METROPOLITAN FAMILY SERVICES

### Notice of Non-Continuation of Grant Award

Dear Lesley Rivers:

This letter provides notice that the United States Department of Education has determined not to continue your federal award, S215J230147, in its entirety, effective at the end of your current grant budget period. *See*, *inter alia*, 34 C.F.R. § 75.253(a)(5) and (f)(1).

Continuation requires "a determination from the Secretary that continuation of the project is in the best interest of the Federal Government." *Id*. The Department has undertaken a review of grants and determined that the grant specified above provides funding for programs that reflect the prior Administration's priorities and policy preferences and conflict with those of the current Administration, in that the programs: violate the letter or purpose of Federal civil rights law; conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; undermine the well-being of the students these programs are intended to help; or constitute an inappropriate use of federal funds. The grant is therefore inconsistent with, and no longer effectuates, the best interest of the Federal Government and will not be continued.

During the review process, Department staff identified that the applicant has proposed project activities that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. Specifically, "ACT Now's mission has equity and racial justice at its core. We are driven to ensuring that all youth are prepared for success in school, career, and life, through participation in high- quality community schools programs. We know that this requires an intentional focus on historically marginalized populations to ensure this outcome. ACT Now commits to addressing inequity in our own work and within our organization, and we strive to advance the afterschool field's overall efforts to address inequities. We also recognize that this is an ongoing process that will require intentional thought, education, and action. As we move forward to actively ensure that equity is intentionally and sustainably integrated into all that we do, the following values will be at the core of our work: advocate for funding to reach the youth most in need, ensure providers have the skills and resources necessary to execute programming with an equity mindset, and incorporate diverse voices into our leadership and feedback on our work," page e50, "ACT Now is a statewide leader in providing trainings on gender and sexuality to educators, offering Gender and Sexuality in OST 101 and 102 professional development courses. ACT Now, as the statewide afterschool network, has access to a variety of partners and content experts that develop curriculum focused on inclusion, such as the 1619 project. Throughout the year, ACT Now also hosts a variety of trainings for educators focused on trauma-informed care and racial equity," page e51, and the GEPA statement includes, "ACT Now will also ensure equitable access to the resources and trainings we create to support

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

community schools. All of our trainings are developed with a racial equity and cultural competency lens. Further, we have specific trainings on cultural competency, and we are working with nationwide experts, Thrive Paradigm, to develop racial equity and implicit bias training for our Coalition members. ACT Now also makes sure to ask about cultural competency and equity barriers at each and every training so that we are always improving and ensuring that we meet the needs of attendees," page e197. As a result of the information identified above, the Department has determined that the project would be in conflict with agency policy and priorities, and so is not in the best interest of the Federal Government.

Pursuant to 34 C.F.R. § 75.253(g), you may request reconsideration of this decision. To do so, you must submit information and documentation supporting your position, in writing, within 7 calendar days of the date of this non-continuation grant award notice. Requests for reconsideration must be sent by email and addressed to:

Kirsten Baesler
Assistant Secretary
Office of Elementary and Secondary Education
U.S. Department of Education
OESEGrants@ed.gov
400 Maryland Ave. SW
Washington, DC 20202

Your request for reconsideration should set forth your basis for disagreeing with the Department's decision not to make a continuation award and include any relevant supporting documentation. *See* 34 C.F.R. § 75.253(g) and 2 C.F.R. § 200.342. Grantees will not be offered a no-cost extension consistent with the Department's discretionary authority under 34 C.F.R. § 75.253(h) and 2 C.F.R. § 200.308(g)(2). For information about the reconsideration process, you may visit https://www.ed.gov/grants-and-programs/department-grant-review-processes.

You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-46 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions, which could impact your eligibility for future grants and may result in additional liabilities. *See id.* § 200.344(i). Additionally, under 2 C.F.R. § 200.344(b), you are required to submit all final reports by no later than 120 calendar days after the end of the grant period of performance. Finally, we also remind you of your responsibility to retain all Federal award records for three years from the date of submission of your final financial report. *See* 2 C.F.R. § 200.334.

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF PLANNING, EVALUATION AND POLICY DEVELOPMENT

Sincerely,

Murray Bessette, Ph.D.
Principal Deputy Assistant Secretary/Acting Assistant Secretary
Office of Planning, Evaluation and Policy Development
400 Maryland Ave. SW
Washington, DC 20202

400 MARYLAND AVE., S.W. WASHINGTON, D.C. 20202-2110

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*