# Exhibit 9

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>Defendants. | Case No. |

### DECLARATION OF MICHAEL GUILMETTE

Pursuant to 28 U.S.C. § 1746, I, Michael Guilmette, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of Plaintiff's Complaint and Request for a Temporary Injunction.

3. I am the Data Specialist for Community Schools at Afterschool for Children and Teens Now (ACT Now), and I have served in this capacity since June 2024. I have served at ACT Now since June 2023, first as a policy and communications intern, and then as a policy and advocacy fellow. In my capacity as Data Specialist for Community Schools, I manage data systems that ensure programs operate efficiently and deliver measurable results. I oversee the collection and analysis of student and program data to track performance, identify areas for improvement, and support responsible use of resources. I develop clear, actionable reports and

1

dashboards for schools, districts, and community partners, helping them make informed decisions based on evidence. Additionally, I provide technical assistance to local partners to strengthen accountability and transparency, ensuring that community school initiatives are locally-driven and focused on improving student outcomes.

4. ACT Now tracks data on a number of levels to track, analyze, and measure community needs and program success. We use output data to track numbers and participation levels in programs and activities, and unduplicate numbers of students, family members, and community members served across programs at all partner schools. We track data according to the U.S. Department of Education's pillars and pipelines,[1] meaning we organize information based on the four core pillars — Integrated Student Supports, Expanded and Enriched Learning Time and Opportunities, Active Family and Community Engagement, and Collaborative Leadership and Practices — and across the pipelines of services that support students from early childhood through postsecondary pathways. This approach helps us understand not only how individual programs perform within each pillar but also how they contribute to long-term outcomes across the entire educational continuum.

5. For the 2024-2025 school year, ACT Now FSCS grant funds provided: 118 services or activities related to the Integrated Student Supports pillar; 1,591 services or activities related to the Expanded and Enriched Learning Time and Opportunities pillar; 526 services or activities related to the Active Family and Community Engagement pillar; and 223 services or activities related to the Collaborative Leadership Practices pillar.

6. For the 2024-2025 school year, ACT Now FSCS grant funds provided services and activities by pipeline, including: 63 related to between school transitionary supports; 259

---

[1] https://www.ed.gov/grants-and-programs/grants-birth-grade-12/school-and-community-improvement-grants/full-service-community-schools-program-fscs

2

community-based supports for students; 17 early childhood education services and activities; 503 family and community engagement services and activities; 53 services and programs related to juvenile crime prevention; 1,408 school and out-of-school-time programs; 270 social, health, nutrition, and mental health services and supports; and 67 workforce and post-secondary support services.

7. ACT Now disaggregates data in a number of different ways, including by student demographics and the types of services offered. ACT Now tracks metrics in line with our grant objectives, such as kindergarten readiness, that we use to demonstrate the impact of our programs over time. We also use a lot of state-level data to track larger impacts, from test scores to chronic absenteeism rates. This data allows us to evaluate the successes of efforts of different programs and schools and continue to improve programs and outcomes over time. For example, the community-led efforts to address chronic absenteeism and chronic truancy at some of our partner schools have shown remarkable between-year improvements:

   a. Cedar Ridge Elementary School saw a drop in chronic absenteeism from 33.6% to 24.4% between the 2024 and 2025 school years;

   b. Abingdon-Avon Middle School saw a drop in chronic absenteeism from 26.1% to 17.5% between the 2024 and 2025 school years;

   c. Bernard W Flinn Middle School saw a drop in chronic absenteeism from 43.4% to 35.3% between the 2024 and 2025 school years; and

   d. James Avant Elementary School saw a drop in chronic truancy from 64.8% to 44.2% between the 2024 and 2025 school years.

8. Each spring, our external evaluator, PIE Org, conducts interviews with school communities to track qualitative metrics, including community awareness of the community

3

school model, and staff perceptions of community need and program impacts. PIE Org also interviews students, staff, and community members to gather feedback on how students have been served and the impacts of programs on the ground. These qualitative data provide meaningful insight of where the greatest needs are and how we and our community partners can best position our resources to address them in a meaningful and community-led way. Some of the responses received for our review included:

    a. "There was a kid with a tooth that broke off in half and a nerve wasn't exposed [so insurance wouldn't cover it]. He didn't want to smile, it brought a lot of negativity to his self-esteem and being able to partner with a dentist he ended up actually just doing it for free and not having us pay for it with the grant, but just being able to partner with those people and being able to help those needs that we wouldn't have been able to before." – Partner

    b. "It's difficult for a child to focus on being educated when their lights are getting cut off or they don't have a stable home, when they're couch surfing from home to home, or there's domestic violence in the home, which we know some that doesn't just exist in our communities but we know there's a higher rate of it." – Partner

    c. "I hope that we can continue to have this program because I worry about the future of [grant-funded employees] employment because they're a huge asset here, having them in the building." – Faculty

    d. "I feel like the model has really been supportive of inclusive practices but also providing voice not just within the school district, administrators, teachers,

students, but really more of an outreach within the community, stakeholders within the community that are supportive." - Faculty

9. ACT Now also assists schools in their own site-level data collections. At the beginning of the FSCS grants, each school ran an Assets and Needs data campaign, evaluating archival data and running surveys to determine the particular needs of their communities. We have access to those survey results and provide partners with state-level views of their needs. We also assist schools in conducting interviews and focus groups, and in the preparation of their Assets and Needs Reports. We provided technical assistance to schools as they connected their reports to the development of larger plans with objectives and initiatives for the school year. This informed the creation of the school year budgets that were created to show program implementation and resource needs.

10. Collection of good data and its effective use is a sustainability strategy. ACT Now's data support includes significant technical assistance to subgrantees and community partners. Our partners are conveners and relationship-builders. We support their strengths by helping them develop expertise in conducting interviews and surveys and running focus groups with significant hands-on support. We meet consistently to ensure high-quality and consistent data and develop an understanding of how data can be used to support their program development, implementation, and sustained success. Our support lets our program partners think hyper-locally and understand the needs of their communities. It allows them to talk about long-term needs and sustainability, achieve strong community buy-in, and identify focused funding. Essentially, our role is to take some of the burden off of our community partners by allowing them to focus on their roles. The extra capacity that we provide allows them to target their time and energy with their programs and students.

11. Collection and analysis of high-quality data is also necessary to ensure that grant resources are being targeted and applied in areas and to programs that will have significant and measurable impacts. As a grantee, we have a duty to ensure the resources we have are being used responsibly and effectively. Working with our community partners to stand up robust data systems has allowed us to be good stewards of taxpayer resources.

12. Data collected demonstrates the program efforts and impacts that the ACT Now FSCS grant funds have had. During the 2024-2025 school year, we found that:

   a. Partner schools showed a 2.12% decrease in chronic absenteeism, while the Illinois average showed only a 0.94% decrease;

   b. Partner schools increased their 5Essentials Supportive Environment score by 2.61, while the Illinois average reduced by 0.94; and

   c. Partner schools increased their 5Essentials Parent Response Rate by 2.97%, while the Illinois average reduced by 0.30% and near-peer match schools reduced by 2.96%.

13. If we lose our ACT Now FSCS grant funding on December 31, 2025, we will both lose the critical data infrastructure that we have created and lose access to the data itself. Especially where community school coordinators are fired due to budget constraints, we'll lose our touchpoint at the schools and will not have insight into what is happening in specific schools and where the greatest needs and best opportunities for impact are. Schools do not have another central person who can provide this information or receive technical assistance, and the loss of institutional knowledge will mean that our schools are no longer able to act with full information.

14. Even if funding is restored, the impacts of the loss of community school coordinators will be severe. If a site lays off a coordinator, they can't just go back to that

coordinator months down the road and rehire them. They're people, and will have to find other work. In my experience, it takes a long time to identify, hire, and train good and effective candidates for each community. This means that even with restored funding, we would be operating without meaningful data and insight for likely the rest of the school year, negatively impacting our ability to measure program impacts over the entirety of the year.

15. The strength of the FSCS program is how locally focused and responsive community schools are. By engaging directly with community stakeholders and using high-quality and robust data, our programs can be very locally responsive and driven. Schools are excited about these programs, and we're already seeing positive impacts. Without this funding, we'll have to start over.

16. Community schools as a strategy takes years of relationship and trust-building between schools and their communities, not to mention between the schools and ACT Now. Even a temporary loss of funding and the loss of our community partners would hinder the ongoing growth we'd been hoping to see over the life of the grant and cause us to have to significantly recalibrate our expectations of success.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 29 , 2025.

_[signature]_