# Exhibit 11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>　　Defendants. | Case No. |

## DECLARATION OF PATRICK BROSNAN

Pursuant to 28 U.S.C. § 1746, I, Patrick Brosnan, declare as follows:

1. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is submitted in support of Plaintiff's Complaint and Request for a Temporary Injunction.

3. I am the Executive Director of Brighton Park Neighborhood Council (BPNC) and have served in this capacity since 2007. I have been with BPNC since 1999. I oversee a team of Deputy Directors and Directors that manage and implement all programming, services, and policy work. I am responsible for BPNC's overall operations and financial, and report directly to the Board of Directors. I also represent BPNC on several coalition and policy tables to advance our mission within the community.

1

4. BPNC was established in 1997 as a grassroots, community-based nonprofit organization to support the underserved residents of Chicago's southwest side. We were formed by community residents in southwest Chicago to identify community leaders and train and support them as they organize campaigns to support direct community interest. We have 76 full time employees, approximately 150 regular part time employees, and approximately 100 contracted employees.

5. The Brighton Park community is home to over 42,000 residents with nearly 80% identifying as Latine, over 40% identifying as immigrants, and more than one third identifying as undocumented. Many residents face significant barriers to opportunity, including high rates of economic insecurity and limited access to supportive services. To meet the urgent and complex needs of the community, BPNC works to address the root causes of inequity, poverty, and trauma through a dual strategy of direct service delivery and grassroots organizing.

6. Our community also has per capita incomes that are markedly lower than the entire city, as well as higher percentages of residents who do not have a high school diploma and who are not in the labor force. Our community is disproportionately impacted by structural inequities including economic marginalization, limited access to public benefits and health-promoting resources, and community violence.

7. Through BPNC's Full-Service Community School (FSCS) Initiative, we offer wraparound support for students and families at eight neighborhood public schools on Chicago's southwest side. We have additional partnerships with eleven schools where we offer some level of services. Through this model, neighborhood schools serve as resource hubs where community-based service providers work collaboratively with students, parents, teachers, and administrators to identify needs, tailor services, and address changing community conditions.

Doc ID: 9cb6fdc5cf891834a601718010c0082cbb89a350

8. We receive funding directly from Chicago Public Schools under contract from the FSCS grant funds they receive as a subgrantee of Afterschool for Children and Teens Now (ACT Now) FSCS grant.

9. In response to community-led surveys and working groups that have identified the need priorities of the community, and strong partnerships with our schools, BPNC provides and supports the following FSCS programs and services:

    a. Afterschool academic and enrichment programming: BPNC provides 15 hours per week of comprehensive academic programming throughout the school year targeting students facing academic challenges and who have a trajectory of low academic performance. Our curricula are designed and implemented by grade-level teachers to ensure that the content aligns with school day learning without duplicating lesson plans. This approach helps students improve their academic performance and meet or exceed all grade-level benchmarks. Our afterschool programming also integrates enrichment activities in the areas of art, music, culture, civic engagement, sports, recreation, STEM, and social-emotional learning support. Enrichment activities promote team-building skills, pro-social development, and health and wellness.

    b. Adult education and enrichment programming: BPNC offers school-based adult education and enrichment classes in the areas of arts and crafts, health and fitness, GED preparation, English as a Second Language, digital literacy, and citizenship preparation. The aim of these opportunities is to support parents' personal and professional development, cultivate a network of social support, and promote their engagement at their child's school.

3

c. Clinical services: BPNC provides on-site school-based mental health counseling services to students at our partner schools to address the effects of trauma on students' health and academics. BPNC recognizes that students in our programs are disproportionately impacted by economic disparities and insecurities and community violence, which are detrimental to their overall well-being and academic achievement. Our highly skilled counselors provide individual, family, and/or group therapy to students whose cognitive and social-emotional development has been affected by traumatic experiences.

d. Mentoring and life skills coaching: Through the Leaders of Tomorrow (LOT) program, BPNC engages youth who are disconnected from school, are experiencing academic or behavioral challenges, are gang-affiliated, and/or have contact with the juvenile justice system. This program provides school-based mentorship and life skills coaching to at-risk middle school and high school students to support positive educational transitions and a future beyond overwhelming community violence.

e. Health education: BPNC's Health Promoters/Promotoras de Salud focus on organizing parents in the interest of disseminating critical community health, safety, and wellness education. The Promotoras de Salud develop and conduct comprehensive needs assessments at each school and provide high-quality health, wellness, and public safety education for parents and students. They organize bi-weekly Healthy Schools Leadership meetings at each school as well as organize community-building projects, health fairs, and various classes and workshops that emphasize nutrition, exercise, and general wellness. To leverage their access to

4

the community and families in need, the Promotoras are also trained to register community residents for SNAP, Medicaid, and other public benefits.

f. Parent Involvement: BPNC's school-based Parent Mentor Program recruits and trains parents to volunteer their time as classroom aids, with the aim of promoting positive academic outcomes and encouraging increased parent involvement in their child's school setting. Parent mentors provide classroom-based individual and small group tutoring four days per week throughout the school year and participate in weekly workshops to support their professional development. BPNC also supports a Safety Patrol Program led by parent volunteers that provides support at school entrance and exit points, and coordinates walking school buses.

g. Success and Stability Program: BPNC's Success and Stability Program (SSP) is a school-based financial stability program that provides comprehensive case management services to economically insecure families who are at risk of or experiencing homelessness. This program is designed to provide students and their families with comprehensive support that increases financial security and stable housing, keeping students in their neighborhood schools and within their existing support networks. SSP's comprehensive case management services are intended to connect families to holistic resources in the areas of mental health and violence recovery support, primary healthcare access, financial planning, and workforce development to improve their financial health, housing stability, and overall well-being.

10. In addition, BPNC has developed a FSCS Implementation Plan for Curie High School that directly supports the direct needs of the over 400 students enrolled in our

5

programming that is focused on providing Curie student mentors to provide enrichment in STEM, art, civics, tutoring and mentoring, foreign language learning, and national honors society programs. Programs and initiatives offered at Curie through the ACT Now FSCS grant are formulated through the Assets and Needs Assessment. This ensures that programs are in line with student, parent, and community needs and wants, which supports retention. The program offers academic support in a personalized manner to ensure the student is learning at their own pace. The enrichment opportunities are primarily conducted by teachers at the school who have established a strong welcoming relationship with the students during the school day. This strategy is successful because the teachers are aware of their students' needs, style of communication, and interests, and can provide additional mentoring or social-emotional supports. These programs include student academic remediation and tutoring, mentoring, civic engagement and leadership development, workforce development programs, social emotional support programs, health and nutrition programs, and parent education and enrichment programs. Additionally, we organize monthly community building events that engage hundreds of community members at each event.

11. During the 2024-2025 academic year, BPNC's programming, including the programs funded by the ACT Now FSCS grant, transformed the lives of thousands of community members through the following outcomes:

    a. Improved academic performance: Of our 2,016 youth afterschool program participants, 94.6% maintained a passing read and/or math grade from the beginning to the end of the school year.

    b. Increased school engagement: 69% of our youth afterschool program participants reported that the like attending school due to their involvement with afterschool

programming. Additionally, our adult education and enrichment programming promotes parent engagement and involvement with the school community. A total of 95% of adult program participants reported that BPNC prioritizes parent engagement and inclusion, and 86% reported opportunities for parent involvement in school activities and decision-making.

c. Enhanced social-emotional wellbeing: 76% of youth who participated in school-based mental health counseling made progress toward their established treatment goals. Additionally, among youth who participated in school-based mental health counseling and mentoring/life skills coaching, 98% reported increased emotional intelligence as a result of their participation.

d. Expanded social support: We reached 1,024 adult community members through 79 health workshops at our partner schools, with attendees reporting that they built community and expanded their social support networks as a result of their participation in these workshops.

e. Opportunities to realize inherent leadership potential: A total of 68 parents participated in BPNC's Parent Mentor Program, through which they increased their involvement in the school community and demonstrated exemplary leadership skills. Parent mentors provided students with individual and small group classroom-based tutoring, organized events to promote positive change in the school and broader community, and participated in advocacy initiatives. 79.1% of parent mentors increased their involvement in school parent committee meetings between the beginning and end of the school year.

7

    f.   Increased financial and housing stability: Through our Success and Stability Program, BPNC provided comprehensive, school-based financial stability case management services to 237 families experiencing economic hardship. Of all the families who completed services during this school year, 92.8% became more financially stable and 97.3 obtained safe and stable housing.

12. BPNC works collaboratively with the school's administration to design programming with an established set of performance metrics that will indicate students' academic growth. Performance measures will be indicated by: (1) analyzing attendance rates, dropout/graduation rates, and parent/student surveys to demonstrate participants' increased involvement in school activities; (2) tracking grades and individual student's scores on state assessments as well as retention and promotion rates to demonstrate their increased academic achievements; (3) collecting all data and evaluations of programs and services on an annual basis; (4) tracking the number of workshops for adults and parents including: discussion topics, attendance, and workshop evaluations; and (5) maintaining a strong group of collaborating agencies, tracking the type of services offered, and evaluations of the services offered to measure their impact. BPNC collects data that measures both the impact of programming at school and at the students' home. The following data is collected for the evaluation; student grades, school attendance rates, and students' assessment scores. In addition, BPNC collects student surveys, parent surveys, and teacher surveys. BPNC utilizes program evaluation to measure the impact of all BPNC's services for students and families, as well as improve program quality. At the end of year this data is reviewed to make improvements for the next school year. This data is once again reviewed at the beginning of the following school year.

13. Although our programming at Curie High School under the Act Now FSCS grant has only just begun in the fall of 2025, and it is too soon in the school year to collect student success data, it is clear that through our diligent work and strong partnership with school teachers and administrators, we are well on track to achieving our program goals.

14. BPNC uses braided funding streams to provide services to our partner schools. Our ACT Now FSCS funds through Chicago Public Schools provides the primary base of our funding and programming at Curie High School, and we bring in other funding streams to supplement our budget. Our FSCS grant funds pay for a full time resources coordinator, who also manages all of the other programs we bring in. Our FSCS grant funds support BPNC's staffing and program infrastructure, allowing us to dramatically scale up our programming and service capacity. Without the infrastructure provided by our FSCS grant funds, a lot of capacity would not be possible. Our ability to apply for other funding is also impaired. For example, we were planning to apply for a state workforce development grant to fund a youth employment partnership between BPNC, Curie, and Daley College, a community college with a manufacturing licensure program. The project would help create career pathways for Curie students by bringing in Daley College instructors to run a light manufacturing licensing program at Curie, providing students with skills and credentials that will prepare them for productive employment after graduation. But without the CPS subcontract, we won't have the infrastructure at Curie that we need to operate the program if we receive the state grant. As we approach the January 15 application deadline, we don't know if we can even meet the requirements of the grant, much less be competitive for it. The sudden loss of funding will also make it impossible to fulfill our existing contractual obligations. For example, we expect that we'll have to back out of the Afterschool Matters program discussed above, because we won't be able to provide the

9

various logistical and infrastructure requirements that the project requires. We will be in breach of the contract and will need to forgo the award for the program, with a total dollar amount of $9,119.30.

15. If we lose access to our ACT Now FSCS grant funds, everything that we have worked so hard with our school and community partners will go away. Our ability to use and maintain all of our other sources of grant funding will fall, because we are dependent on the infrastructure and administration that the FSCS grant funds support.

16. About $500,000 of real value will be lost. This number includes programming that we provide, programming that we pay community partners to provide, and also the resources the school is getting from Chicago Public Schools' ACT Now FSCS subgrant directly. Schools receive a portion of that $500,000 directly that they use to pay for socio-emotional support staff, teacher training, counseling programs, and other services. We use the remaining amount to pay for everything else, as well as to bring in additional resources.

17. There is no other funding source that can replace this loss in the foreseeable future, and certainly not soon enough to eliminate or even meaningfully mitigate the harm of losing funding on December 31, 2025.

18. Similarly to how our funding streams are braided together, our community school program depends on the relationships and cooperative work of our school partners, community partners, students, and parents. Identifying needs, creating action plans and supportive programming, and implementing all of these activities is only possible because we have built a history of support and trust across all of the people involved. Suddenly losing funding means an immediate loss of services to students, schools, and our community. It would mean that community partners, who have built their capacity and staffing based on the programs we have

10

mutually created, will also suffer catastrophic loss. Our students, who already face severe hurdles to academic and personal success, will lose all of the supports that they have been promised that they can rely on.

19. This loss of trust, relationships, and services is not a faucet that can be turned easily off and on. Even if funding is restored in the future, the damage to our relational infrastructure, our programmatic infrastructure, and our community network will be irreparably damaged and will take years to restore. This is time that our organization and the community we serve – people with real and immediate needs – do not have.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 29 , 2025.

_____

11

Doc ID: 9cb6fdc5cf891834a601718010c0082cbb89a350