# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ACT Now, et al. v. U.S. Dept. of Education, et al.

Case Number: 25-cv-15704

An appearance is hereby filed by the undersigned as attorney for:

Afterschool for Children and Teens Now (ACT Now) and Metropolitan Family Services

Attorney name (type or print): Beatriz A. Diaz-Pollack

Firm: Chicago Lawyers' Committee for Civil Rights

Street address: 25 E. Washington St., Ste. 1300

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6274809
(See item 3 in instructions)

Telephone Number: 312-202-3659

Email Address: bdiaz-pollack@clccrul.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 29, 2025

Attorney signature: S/ Beatriz A. Diaz-Pollack

(Use electronic signature if the appearance form is filed electronically.)