UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>Defendants. | Case No. 25-cv-15704 |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs by and through its undersigned counsel, hereby do move the Court for a Temporary Restraining Order. This motion will be based upon all of the records, files, and proceedings herein, as well as the legal memoranda, affidavits, exhibits, and arguments of counsel.

Dated: December 29, 2025    Respectfully Submitted,

/s/ *Jocelyn Skinner*
Jocelyn (Josie) E. Skinner*
Emily K. Merolli*
SLIGO LAW GROUP, PLLC
1717 K St. NW, suite 900
Washington, DC 20006
Tel: (202) 888-2084
josie@sligolawgroup.com
emily@sligolawgroup.com

/s/ *Aneel Chablani*
Aneel L. Chablani (No. 6242658)
Beatriz A. Diaz-Pollack (No. 6274809)
Michael R. Ortega (No. 6339469)**
Chicago Lawyers' Committee for Civil Rights
25 E. Washington St., Ste. 1300
Chicago, IL 60602
Telephone: (312) 630-9744

1

Facsimile: (312) 630-1127
achablani@clccrul.org
bdiaz-pollack@clccrul.org
mortega@clccrul.org

Attorneys for Metropolitan Family Services and Action for Children and Teens Now (ACT Now) Coalition

*Pro hac vice motion forthcoming*
*\*\*Application for admission pending*