UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>Defendants. | Case No. 25-cv-15704 |

## TEMPORARY RESTRAINING ORDER EXHIBIT INDEX

**Exhibit 15.** U.S. Department of Education Notices of Non-Continuation

**Exhibit 16.** General Education Provisions Act Statements

**Exhibit 17.** Declaration of Susan Stanton, Executive Director of Afterschool for Children and Teens Now

**Exhibit 18.** Declaration of Michael Guilmette, Data Specialist for Community Schools at Afterschool for Children and Teens Now

**Exhibit 19.** Declaration of Lesley Rivers, Director of Community Schools at Afterschool for Children and Teens Now

**Exhibit 20.** Declaration of Sarah Norton, Director of Community Partnerships at West Chicago Elementary, District 33

**Exhibit 21.** Declaration of Patrick Brosnan, Executive Director of Brighton Park Neighborhood Council

**Exhibit 22.** Declaration of Valerie Clodi, Director of Development for Herrin Central Unified School District 4

**Exhibit 23.** U.S. Department of Education Denials of Request for Reconsideration