# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>    Defendants. | Case No. 25-cv-15704 |

## DECLARATION OF EMILY MEROLLI

I, Emily Merolli, hereby declare upon penalty of perjury that the following statements are true and correct to the best of my knowledge and belief.

1. I am a partner at Sligo Law Group, PLLC, and one of the attorneys representing Afterschool for Children and Teens Now (ACT Now) and Metropolitan Family Services in this action.

2. Attached herein at **Exhibit 15** are true and correct copies of letters providing notice of non-continuation of Plaintiffs' Full-Service Community School grant awards, sent by Assistant Secretary Baesler, U.S. Department of Education, to Lesley Rivers, ACT Now, on December 12, 2025.

3. Attached herein at **Exhibit 16** is a true and correct copy of the General Education Provisions Act Statement submitted by Plaintiffs in connection with their 2023 Full-Service Community School grant applications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 29, 2025, in Washington, DC.

*/s/ Emily Merolli*

Emily K. Merolli
Sligo Law Group, PLLC
1717 K St. NW, Ste. 900
Washington, DC 20006
Tel: (202) 888-2084
emily@sligolawgroup.com