# Exhibit 16

FY24 GEPA Questions

1. Describe how your entity's existing mission, policies, or commitments ensure equitable access to, and equitable participation in, the proposed project or activity.

ACT Now and its partners plan to take steps to ensure equitable access to, and participation in, its Full-Service Community School State Scaling Project for students, teachers, and other program beneficiaries with special needs. Below we share strategies to address barriers that can impede equitable access or participation based on gender, race, national origin, color, disability, or age.

A. **Organization Wide Initiatives**

ACT Now's mission has equity and racial justice at its core. We are driven to ensuring that all youth are prepared for success in school, career, and life through participation in high-quality afterschool programs. We recognize that access to opportunity is not equal, and that programs work to bridge gaps across many of the interwoven systemic inequities that exist in our society. ACT Now commits to addressing inequity in our own work and within our organization, and we strive to advance the field's overall efforts to address inequities. We also recognize that this is an ongoing process that will require intentional thought, education, and action. We will hold ourselves accountable for the work that we must put in to truly fulfill our mission of increasing access to youth development programs for all children and families. As we move forward, to actively ensure that equity is intentionally and sustainably integrated into all that we do, the following values will be at the core of our work: advocate for funding to reach the youth most in need, ensure providers have the skills and resources necessary to execute programming with an equity mindset, and incorporate diverse voices into our leadership and feedback on our work.

Moreover, ACT Now has been working for the past two years on a diversity, equity, and inclusion strategic planning process. This initiative was undertaken in partnership with Thrive Paradigm. Thrive Paradigm is a consultancy group that has been working to advance equity in the youth development and nonprofit sector since 2011. They focus on equipping youth-serving organizations and nonprofits with the supports to build their equity strategy through technical assistance, strategic advising, staff training, and leadership coaching. Thrive Paradigm worked with ACT Now Staff and Leadership Team members to conduct an equity audit of all organizational practices, policies, and projects. We have also finalized a multi-year plan to improve and enhance diversity, equity, and inclusions in all aspects of our organization.

In addition, ACT Now has human resources procedures in place to prevent discrimination both in hiring and in the workplace.

**B. Identifying School Districts**

Another crucial aspect in ensuring equitable access through this project will be in the data we consider in selecting schools and districts to target for services. Ensuring that we have a holistic data set will guarantee that the students most in need will receive services and that no districts or school was disadvantaged because of gender, race, national origin, color, disability, or age. We will consider the following factors to ensure the equitable distribution of funds to school districts:

Poverty rates

Equity factors such as race and ethnicity
Standardized test scores
Kindergarten readiness
Graduation rates
Chronic absenteeism
Dropout rates
Homelessness rates
Unemployment rates
Health indicators
Incarceration rates
Rates of firearm violence

c. Steering Committee

We will also ensure that the statewide steering committee is made up of diverse voices and perspectives. This group will provide strategic guidance and decision-making for this project. As such, it is important that this group reflect the communities we are serving. In creating this group, we will not only consider the entities that each person represents, but also make sure that we incorporate the perspective of various genders, races, national origins, colors, abilities, and ages.

2. Based on your proposed project or activity, what barriers may impede equitable access and participation of students, educators, or other beneficiaries?

At the school site level, students, families, and community members face a variety of obstacles that can prevent them from accessing essential services, which lead to lower educational attainment. These barriers will be unique to each school community; however, several common barriers include lack of transportation, bias against a protected class, not speaking the local dominant language, and physical and mental health limitations. These barriers can prevent folks from knowing about services or even being able to fully realize the benefit of these services once they are aware of them.

Further, in this project we must also consider the barriers facing the educators and community stakeholders that will provide services to the students, families, and community members in our target populations. When trainings and resources include a bias point of view, it can prevent the audience from experiencing the intended outcomes and perpetuate harmful stereotypes. Further, language and ability can also present barriers to learning.

3. Based on the barriers identified, what steps will you take to address such barriers to equitable access and participation in the proposed project or activity?

To address barriers at the school site level, ACT Now will require the school districts we partner with will also be required to implement strategies to reduce barriers to the equitable administration of services. All schools have a unique context, and we want each school to select the services most needed for their community. Although each school is required to provide services and activities within in each pillar of the community schools model, each school is

allowed to choose what those specific services will be. We will require each school conduct a needs assessment of their community and base the selection of services on those needs. This will ensure that issues of equity are addressed by ensuring that services are delivered to those in need rather than by assumptions about certain classes of people. School districts will be required to consider gender, race, national origin, color, disability, and age when conducting their needs assessment. Further, each school will have an advisory board to meet periodically to monitor service delivery to ensure barriers are being mitigated.

     ACT Now will also ensure equitable access to the resources and trainings we create to support community schools. All of our trainings are developed with a racial equity and cultural competency lens. Further, we have specific trainings on cultural competency, and we are working with nationwide experts, Thrive Paradigm, to develop racial equity and implicit bias training for our Coalition members. ACT Now also makes sure to ask about cultural competency and equity barriers at each and every training so that we are always improving and ensuring that we meet the needs of attendees.

     ACT Now has long-standing expertise in teaching adult and emerging adult learners and incorporates strategies to support diverse learning styles. These strategies include multiple modalities to participate in trainings including individual and group work and opportunities to process information through written, oral, and auditory exercises. When needed, we also provide accommodations for those that are differently abled and for individuals that need materials in different languages. We also make sure to consider the personal needs of afterschool staff by incorporating time for reflection, self-care, and breaks throughout our trainings, meetings, and webinars.

     In creating materials and presentations, ACT Now will also make sure to eliminate any barriers due to ability or language by using multiple modalities, subtitles, and translation where appropriate.


4. What is your timeline, including targeted milestones, for addressing these identified barriers?

ACT Now will require that partner school districts conduct needs assessment and establish advisory boards within the first six months of the grant partnership beginning. These districts and schools will then be required to annually reassess this data and make adjustments based on these changes in order to consistently ensure that barriers will be mitigated.

Further, ACT Now measures to ensure the mitigation of barriers related to educators and service providers accessing trainings and materials will be taken at the creation and dissemination of all trainings and resources.