

**United States District Court**
**Northern District of Illinois**

In the Matter of

Afterschool for Children and Teens (ACT) Now et al

v.

United States Department Of Education et al

District Judge Martha Pacold

Case No. 25-CV-15704

Designated Magistrate Judge
M. David Weisman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I request that the above captioned case be reassigned to the calendar of Judge Martha Pacold who has acknowledged the reasons and conditions of this reassignment on the bottom of this form.

_Thomas M Durkin_

**Judge Thomas M. Durkin**

Date: Tuesday, January 6, 2026

- I agree that case number 25-CV-15704 should be reassigned to my calendar as specifically set forth below
  *By agreement.

Dated:Tuesday, January 6, 2026

District Reassignment - By Agreement

Tuesday, January 6, 2026

**Martha Pacold**

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Agreement