**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Afterschool for Children and Teens (ACT) Now,
et al.

                                                    Plaintiff,

v.                                                           Case No.: 1:25−cv−15704

                                                    Honorable Martha M.
                                                    Pacold

United States Department Of Education, et al.

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing
held on 1/27/2026. The parties report ongoing negotiations. Telephone status hearing is
continued to 2/10/2026 at 9:40 a.m. To join the telephone hearing please dial
650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an
attendee number. Persons granted remote access to proceedings are reminded of the
general prohibition against photographing, recording, and rebroadcasting of court
proceedings. Violation of these prohibitions may result in sanctions, including removal of
court issued media credentials, restricted entry to future hearings, denial of entry to future
hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.