**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Afterschool for Children and Teens (ACT) Now,
et al.

                                    Plaintiff,

v.                                        Case No.: 1:25−cv−15704

                                        Honorable Martha M.
Pacold

United States Department Of Education, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 2/10/2026. The parties report ongoing negotiations. Telephone status hearing is continued to 2/17/2026 at 9:20 a.m. To join the telephone hearing please dial 650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.