**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Afterschool for Children and Teens (ACT) Now,
et al.

                                    Plaintiff,

v.                                         Case No.: 1:25−cv−15704

                                         Honorable Martha M.
                                         Pacold

United States Department Of Education, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 5, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 3/5/2026. The parties report that they have reached an interim resolution through the end of the school year. Defendants' motion to dismiss to be filed by 3/16/2026. Plaintiffs shall file their response no later than 3/26/2026. Defendants shall file their reply no later than 3/31/2026. Oral argument set for 4/13/2026 at 11:00 a.m. in Courtroom 2325. Each party will be given 30 minutes to argue the motion. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.