UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AFTERSCHOOL FOR CHILDREN                )
AND TEENS NOW (ACT NOW)                  )
COALITION and METROPOLITAN               )
FAMILY SERVICES,                         )
                                         )
                        Plaintiff,       )
                                         )       No. 25 C 15704
                                         )
            v.                           )
                                         )       Judge Pacold
                                         )
U.S. DEPARTMENT OF EDUCATION             )
and LINDA McMAHON, in her official       )
capacity as Secretary, U.S. Department   )
of Education,                            )
                        Defendants.      )

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States Department of Education and Linda McMahon, in her official capacity. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas M. Cull
    THOMAS M. CULL
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-4190
    thomas.cull@usdoj.gov