UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>Defendants. | No. 25 C 15704<br><br>Judge Pacold |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Linda McMahon, in her official capacity, and the United States Department of Education, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction. A supporting memorandum accompanies this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas Cull
    Thomas M. Cull
    Patrick Johnson
    Assistant United States Attorneys
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-4190
    (312) 353-5312
    thomas.cull@usdoj.gov
    patrick.johnson2@usdoj.gov