**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AFTERSCHOOL FOR CHILDREN
AND TEENS NOW (ACT NOW)
COALITION and METROPOLITAN
FAMILY SERVICES

        Plaintiffs,

v.

U.S. DEPARTMENT OF EDUCATION
and LINDA McMAHON, in her official
capacity as Secretary, U.S. Department
of Education,

        Defendants.

Case No. 25-cv-15704

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs ACT Now Coalition and Metropolitan Family Services respectfully submit this notice of supplemental authority to bring to the Court's attention a decision issued by Judge Arun Subramanian in the United States District Court for the Southern District of New York on April 8, 2026.

The decision is an Opinion and Order granting the plaintiff's motion for summary judgment and denying the defendant's cross-motion to dismiss, or in the alternative, for summary judgment in *The Bd. of Educ. of the City Sch. Dist. of the City of New York v. United States Dep't of Educ. et al.*, 2026 WL 948205 (S.D.N.Y. Apr. 8, 2026), attached as Exhibit A. This case involves a challenge to the Department's non-continuation of the Plaintiff's grants under 34 C.F.R.

1

§ 75.253(a)(5) because the Department had determined that continuation of a multi-year grant was no longer "in the best interest of the Federal Government." *Id.* at *1.

In the decision, the court rejects the defendants' argument that the Tucker Act gives the Court of Federal Claims exclusive jurisdiction over the matter, finding unpersuasive the defendants' arguments that the MSAP grants are contracts and that NYCPS is seeking redress from a contractual injury. *Id.* at *3.

Dated: April 9, 2026                                 Respectfully Submitted,

 /s/ *Jocelyn Skinner*                               /s/ *Aneel Chablani*
Jocelyn (Josie) E. Skinner*                         Aneel L. Chablani (No. 6242658)
Emily K. Merolli*                                   Beatriz A. Diaz-Pollack (No.
SLIGO LAW GROUP, PLLC                               6274809)
1717 K St. NW, Ste. 900                             Michael R. Ortega (No. 6339469)
Washington, DC 20006                                Chicago Lawyers' Committee for
Tel: (202) 888-2084                                 Civil Rights
josie@sligolawgroup.com                             25 E. Washington St., Ste. 1300
emily@sligolawgroup.com                             Chicago, IL 60602
                                                    Telephone: (312) 630-9744
                                                    Facsimile: (312) 630-1127
                                                    achablani@clccrul.org
                                                    bdiaz-pollack@clccrul.org
                                                    mortega@clccrul.org

Attorneys for Metropolitan Family Services and Action for Children and Teens Now (ACT Now) Coalition

* *Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

I certify that on April 9, 2026, I electronically filed the foregoing document with the Clerk of the court of the United States District court for the Northern District of Illinois, using the CM/ECF filing system, which will forward notice to all counsel of record.

/s/ Jocelyn Skinner
Jocelyn Skinner