**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>        Defendants. | Case No. 25-cv-15704 |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM**

Plaintiffs respectfully move for leave to file a short supplemental memorandum (attached) that addresses questions the Court raised at the April 13, 2026, hearing that neither side directly addressed in their briefs: namely, the relationship between the Seventh Circuit's decision in *Evers v. Astrue*, 536 F.3d 651 (7th Cir. 2008) and the *Megapulse* test, and whether *Evers* supports or rebuts Defendants' argument that this Court lacks subject matter jurisdiction over some or all of Plaintiffs' claims.

As set forth in the attached memorandum, while there are significant factual differences between *Evers* and this case, the Seventh Circuit's analysis there applies the *Megapulse* test and further supports Plaintiffs' position that the source of their claims and the remedies they seek here are not contractual, that their claims are not

1

subject to the jurisdiction of the Court of Federal Claims under the Tucker Act, and that only this Court has subject-matter jurisdiction over this dispute.

Plaintiffs' counsel has conferred with Defendants' counsel, who do not oppose this motion.

Plaintiffs respectfully request that the Court grant leave to file the attached supplemental memorandum and for such other and further relief as the Court deems just and proper.

Dated: April 16, 2026                                   Respectfully Submitted,


 /s/ *Jocelyn Skinner*                                    /s/ *Michael Ortega*
Jocelyn (Josie) E. Skinner*                 Aneel L. Chablani (No. 6242658)
Emily K. Merolli*                                   Beatriz A. Diaz-Pollack (No. 6274809)
SLIGO LAW GROUP, PLLC            Michael R. Ortega (No. 6339469)
1717 K St. NW, Ste. 900                     Chicago Lawyers' Committee for Civil Rights
Washington, DC 20006                       25 E. Washington St., Ste. 1300
Tel: (202) 888-2084                              Chicago, IL 60602
josie@sligolawgroup.com                    Telephone: (312) 630-9744
emily@sligolawgroup.com                  Facsimile: (312) 630-1127
                                                              achablani@clccrul.org
                                                              bdiaz-pollack@clccrul.org
                                                              mortega@clccrul.org

Attorneys for Metropolitan Family Services and Afterschool for Children and Teens Now (ACT Now) Coalition


* *Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, I electronically filed the foregoing document with the Clerk of the court of the United States District court for the Northern District of Illinois, using the CM/ECF filing system, which will forward notice to all counsel of record.


/s/ Michael Ortega

Michael R. Ortega