**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Afterschool for Children and Teens (ACT) Now,
et al.

                           Plaintiff,

v.                                      Case No.: 1:25−cv−15704

                                      Honorable Martha M.
                                      Pacold

United States Department Of Education, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2026:

       MINUTE entry before the Honorable Martha M. Pacold: At Monday's status hearing, plaintiffs should be prepared to discuss which of their requested remedies, labeled A−G on pages 25 and 26 of their complaint, are associated with each of the Counts (I−VIII) they allege. *I.e.*, is Count I associated with each remedy or just a subset. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.