# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES<br><br>         Plaintiffs<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,<br><br>         Defendants. | Case No. 25-cv-15704<br><br><br>DECLARATION OF PHILLIP HOSFELDT |

## DECLARATION OF PHILLIP HOSFELDT

Pursuant to 28 U.S.C. § 1746, I, Phillip Hosfeldt, declare as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction.

3.      I serve as Dean of System Programs at Vienna High School District #133, located in Vienna, Illinois, in Southern Illinois. In this role, I oversee a portfolio of more than 57 interconnected grant-funded programs and initiatives, including the District's Full-Service Community Schools (FSCS) program.

4.      I am the primary administrator responsible for the design, implementation, and management of Vienna HSD #133's Full-Service Community Schools program. I serve as the

grant director, oversee all compliance and reporting requirements, manage partner relationships, and lead the strategic integration of FSCS services across the district's school sites. I also co-chair the Illinois Community Schools Statewide Steering Committee, which gives me both a local implementation role and a broader statewide perspective on how this program serves high-need rural communities across Illinois.

5.      Implementation of the FSCS program was shaped through a comprehensive community needs assessment and an intentional stakeholder engagement process that unfolded across the 2024–2025 school year. Reagan Johnson, Vienna High School's Director of Community Schooling, led the formal Asset and Needs Assessment (ANA) process in partnership with ACT Now Illinois. That process engaged 245 students (a 71.6% response rate), 61 school staff members (a 93.8% response rate), 12 family members, and 17 community partners — totaling 335 individual voices in the formal assessment alone, alongside 16 partner organizations. I convened the Johnson County Cabinet for Children and Youth — a multi-sector coalition that includes school administrators, social service providers, healthcare professionals, law enforcement, faith community representatives, and family advocates — to co-design the broader program model. I also facilitated World Café-style strategic planning sessions with Cabinet members. Site-level staff across Vienna Grade School, New Simpson Hill Elementary, and Vienna High School were engaged to align FSCS services with building-level needs. Student voice was incorporated through a Youth Advisory Council and through two formal focus groups conducted during the ANA process. A staff 'Dare to Dream' activity on February 14, 2025, collected qualitative aspirations from all certified and non-certified staff. This multilayered, community-driven approach ensured the program was designed around the actual priorities of the families and institutions it was built to serve.

6.     A parallel ANA process was conducted at Vienna Grade School (VGS) under the leadership of Rachel Mateyka, VGS Director of Community Schooling, in partnership with ACT Now Illinois and Metropolitan Family Services. The VGS ANA engaged a total of approximately 473 stakeholders across multiple data collection methods:

- 332 students participated, representing 87.7% of eligible third through eighth grade students, plus 98 K–2 students through an adapted "Question of the Day" activity (79.7% of that subgroup).

- 60 family/caregiver respondents (more than three times the response rate of the prior year's 5Essentials survey).

- 66 school staff members, representing 76.7% of all VGS employees.

- 15 community partners and members completed surveys.

- 8 focus groups were conducted: 6 with students (grades 3–8) and 2 with staff (certified and non-certified).

7.     The VGS ANA identified the following key assets: strong out-of-school time programming and extracurriculars; deep school and community pride; active community partnerships (including Camp Ondessonk, U of I Extension, Arrowleaf, and Birth to Five); caring administrative leadership; a valued fine arts program; and a demonstrated commitment to school improvement.

8.     The VGS ANA identified the following priority needs: food access and quality (including food security outside the school day); expanded social-emotional learning supports and ALOP services; playground safety and accessibility upgrades; integrated student supports including transportation, a clothing closet, and mobile resource services; after-school childcare; academic curriculum and instructional improvements; stronger parent/teacher communication;

increased family and community engagement; building cleanliness and facility improvements; and expanded out-of-school time and extracurricular programming.

9. The ANA conducted at Vienna High School confirmed and documented specific, data-supported needs. Fifty-three percent of the VHS student population is low-income, and 8% are identified as experiencing homelessness. The chronic absenteeism rate is 24%, with an 11% chronic truancy rate — indicators of significant barriers to consistent school attendance rooted in family instability, poverty, and unmet basic needs. Students, staff, and community members identified limited access to mental health and behavioral health services as a critical gap, with the school counselors described as lacking sufficient time to provide actual counseling. The assessment documented demand for integrated student supports including on-site food access, laundry facilities, mobile resource services, healthcare, and family navigation supports.

10. Geographic isolation limits access to these services beyond the school building. The assessment also confirmed a need for expanded parent and family engagement infrastructure, clearer multi-language communication, and more consistent behavioral and social-emotional supports. The findings reinforced that the school building is the most trusted and accessible institution for Vienna families — making the Full-Service Community Schools model uniquely essential in this context.

11. Under the FSCS grant, Vienna HSD #133 operated an integrated model of academic, social, health, and community services aligned across three school sites. The Community Schools Coordinator position at Vienna High School — held by Reagan Johnson, Director of Community Schooling — served as the primary connective tissue between the school and its community partners. Core services and activities included: expanded learning time programming through the district's 21st Century Community Learning Centers; behavioral and

mental health supports delivered in partnership with Arrowleaf; family engagement initiatives including parent education, community events, and the Johnson County Cabinet for Children and Youth; a 'Dare to Dream' staff professional development session; formal focus groups with students from the 9th grade Personal Development class and the Community Engagement class; and systematic data collection and reporting through the Apricot data management system. The district also mapped 16 active community partner organizations engaged through the FSCS initiative. These services were integrated into a broader regional hub strategy, positioning Vienna as a service anchor for surrounding high-need communities.

12. The FSCS program at Vienna CUSD #133 served students and families across a six-school ecosystem in Johnson County. When accounting for all six school sites supported through the Vienna community schools infrastructure, the program touched the lives of roughly 1,250 students and their families across the region. At Vienna High School specifically, 342 students in grades 9–12 were enrolled and eligible to engage with FSCS services. The 2025 VHS ANA directly engaged 245 students (a 71.6% response rate), 61 school staff members (a 93.8% response rate), 12 family members, and 17 community members and partners — totaling 335 individual voices. Through the Johnson County Cabinet for Children and Youth, ongoing partnerships, and community programming, VHS-anchored FSCS services reached hundreds of additional community members annually.

13. Vienna Grade School, serves as the elementary anchor of the community schools model, with its own Director of Community Schooling — Rachel Mateyka — coordinating integrated supports across that building. The district also serves as fiscal agent for regional consortiums including WORC 5 (a 10-district collaboration) and Five County CTE, meaning that the FSCS-aligned infrastructure and community coordination capacity built through this grant

extended well beyond Vienna's district boundaries into one of the most rural and underserved regions of Illinois.

14. The damage from this termination is not theoretical or future-tense. It has already happened, and more is coming. Reagan Johnson, Vienna High School's Director of Community Schooling, is departed her position by March 15, 2025, directly as a result of the funding instability caused by this termination. Rachel Mateyka, Vienna Grade School's Director of Community Schooling, also departed by March 15, 2025, for the same reason. Both positions were the operational core of our FSCS implementation — the people who held the relationships, ran the ANA processes that 808 stakeholders participated in, coordinated 16+ community partnerships, and showed up every day as the face of a promise this district made to its families. They are gone. Not because the work failed. Because the funding was pulled without warning. The loss of Reagan Johnson carries consequences beyond the school building. Reagan served on the Johnson County 2000 economic development board and the Johnson County CEO (Creating Entrepreneurial Opportunities) board — roles that directly connected school programming to broader county economic and workforce development strategy. Those seats are now vacant. In a county with the economic distress profile of Johnson County, the erosion of that cross-sector connectivity is not a minor administrative inconvenience. It is a structural setback.

15. What makes this particularly painful is that I now have no one to even help pick up the pieces. The FSCS positions were not redundant — they were the connective tissue. Without them, the 16 community partnerships, the Cabinet coordination, the family navigation, the ANA follow-through, the partner commitments — all of it collapses back onto a rural district administration that was already managing a $20 million portfolio of 57+ programs. There is no backstop.

16.     Johnson County is a rural, historically conservative community. The people here do not ask for much from government. But when they are asked to invest their trust — to fill out surveys, sit in focus groups, send their kids to after-school programs, partner with the school as a community anchor — they do so based on an expectation that their government will honor its commitments. The families and partners who participated in the 2025 ANA process did so in good faith, believing their voices would shape a program that would be there for their children. The abrupt and unexplained withdrawal of FSCS funding communicates to this community that their trust was misplaced. In rural communities where institutional trust is already fragile and hard-won, that message causes damage that takes years to repair — and in some cases cannot be repaired at all.

17.     At Vienna Grade School, Rachel Mateyka's departure means the 473 stakeholders who invested their time and perspectives in the 2025 VGS ANA — believing it would shape years two through five of a five-year commitment — are now watching that promise dissolve. The relationships she built with Camp Ondessonk, U of I Extension, Arrowleaf, Birth to Five, and other partners were not abstract — they were operational. Those partners made real commitments. They cannot simply be reassigned.

18.     The district cannot absorb the cost of these roles from its general operating budget — we are a low-wealth rural district with deeply constrained local resources.

19.     What I am left with is a $20 million portfolio of 57+ interdependent programs, two anchor positions gone by mid-March, a community that is watching and wondering what comes next, and no one with dedicated capacity to manage the relationships and coordination infrastructure those positions held. The funding disruption did not just eliminate jobs. It

eliminated the people I was counting on to help stabilize the system in the wake of the disruption itself.

20. The two-week termination notice made orderly budget planning impossible. I was mid-cycle in annual and multi-year budget projections that incorporated FSCS dollars as a foundational funding stream. Contracts with service partners, staffing plans, and program commitments had already been made in reliance on reasonable expectations of continued federal funding. The abrupt cut required emergency re-budgeting, forced reallocation of other grant resources, and created compliance risk across interconnected programs that share administrative infrastructure. The loss of one anchor grant triggers a cascade of budget adjustments across the entire system. The instability also undermines our ability to make credible multi-year commitments to community partners, funders, and stakeholders — which is essential to the long-term regional hub strategy we have been building and that the FSCS program was designed to support.

21. Our FSCS program was built on a foundation of multi-year partnership agreements with 16 documented community organizations, including Arrowleaf, the Illinois Public Health Institute, Southern Illinois Community Foundation, Camp Ondessonk, and Shawnee Community College, among others. These partners made staffing, programmatic, and resource commitments in reliance on continued FSCS funding. The ANA conducted during the 2024–2025 school year was itself a product of the partnership between Vienna CUSD #133 and ACT Now Illinois — a collaboration that required sustained infrastructure to execute. The abrupt termination has placed all of these partners in an untenable position: unable to sustain commitments they made in good faith, and uncertain about their capacity to continue collaborative work without the grant infrastructure that supported coordination. I have worked

for years to build Vienna CUSD #133's credibility as a reliable regional partner and fiscal agent — credibility that is essential to our ability to attract future investment and serve as a hub for surrounding communities. That credibility has been damaged by a funding disruption we had no ability to anticipate or prevent.

22.    I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 27, 2026.

*Phillip M. Hosfeldt*

Phillip Hosfeldt