## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Afterschool for Children and Teens (ACT) Now,
et al.

                                            Plaintiff,

v.                                                          Case No.: 1:25−cv−15704

                                                            Honorable Martha M.
                                                            Pacold

United States Department Of Education, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

     MINUTE entry before the Honorable Martha M. Pacold: Preliminary injunction
hearing on plaintiff's motion [46] scheduled for 6/8/26 at 9:00 a.m. in Courtroom 2325.
Plaintiffs' unopposed motion for leave to file brief in excess of fifteen pages, [47], is
granted. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.