## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Afterschool for Children and Teens (ACT) Now,
et al.

|                                        | Plaintiff,            |
|                                        |                       |

v.                                                     Case No.: 1:25−cv−15704

Honorable Martha M.
Pacold

United States Department Of Education, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Telephone status hearing held on 6/10/2026. The pending motions [28], [46] remain under advisement. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.