**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES, | |
| Plaintiffs, | Case No. 25-cv-15704 |
| v. | |
| U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education, | Hon. Martha M. Pacold |
| Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs ACT Now Coalition and Metropolitan Family Services respectfully submit this notice of supplemental authority to bring to the Court's attention a decision issued by Judge Sparkle L. Sooknanan in the United States District Court for the District of Columbia on June 12, 2026, in *Brighton Park Neighborhood Council, et al. v. Linda McMahon, Secretary of Education, et al.* (25-cv-04523-SLS), attached as Exhibit A. This case involves the same series of Full-Service Community School grant non-continuations as in the present case, and one of the plaintiffs in *Brighton Park* was a subcontractor receiving funding under one of Plaintiffs' non-continued Full-Service Community Schools grants at issue here.

Judge Sooknanan's memorandum opinion denies the government's Motion to Dismiss and rejects the government's argument that the plaintiffs' claims belong in the United States Court of Federal Claims under the Tucker Act. In the opinion, Judge Sooknanan rejects the idea that the

1

recent decisions in California and NIH overruled Bowen or mandated that all grants cases be heard

in the Court of Federal Claims, writing that:

> [a]lthough there is tension between the *Bowen* line of cases and the Supreme Court's recent emergency dispositions, the Court is not convinced that the Supreme Court overruled those cases *sub silentio*. Indeed, both *California* and Justice Barrett's controlling concurrence in *NIH* cite *Bowen* in their rationale, providing a clue that the Court has not retreated from *Bowen*. *See California*, 604 U.S. at 651 (citing *Bowen*, 487 U.S. at 910); *NIH*, 145 S. Ct. at 2661 (Barrett, J., concurring) (citing *Bowen*, 487 U.S. at 910). And in *NIH*, the Court did not rule that the APA *claims* there could not be heard in federal district court; only that the federal district court could grant only part of the *relief* that was ordered. *See* 145 S. Ct. at 2660.

Opinion at 27 (footnote omitted).

Therefore, Judge Sooknanan concludes that "nothing supports the broad and intractable

barrier to grant-based challenges that the Defendants ask this Court to adopt." The opinion goes on

to apply the Megapulse test and concludes that, based on the Megapulse factors, the Tucker Act does

not deprive the district court of jurisdiction over the plaintiffs' claims.

Dated:  June 12, 2026                     Respectfully submitted,

/s/ *Jocelyn Skinner*                        /s/ *Aneel Chablani*
Jocelyn (Josie) E. Skinner,               Aneel L. Chablani (No. 6242658)
*admitted pro hac vice*                    Beatriz A. Diaz-Pollack (No. 6274809)
Emily K. Merolli,                          Michael R. Ortega (No. 6339469)**
*admitted pro hac vice*                    Chicago Lawyers' Committee for Civil
SLIGO LAW GROUP, PLLC                       Rights
1717 K St. NW, suite 900                   25 E. Washington St., Ste. 1300
Washington, DC 20006                       Chicago, IL 60602
Tel: (202) 888-2084                        Telephone: (312) 630-9744
josie@sligolawgroup.com                    Facsimile: (312) 630-1127
emily@sligolawgroup.com                    achablani@clccrul.org
                                           bdiaz-pollack@clccrul.org
                                           mortega@clccrul.org

/s/ *Scott C. Solberg*
Scott C. Solberg (No. 6204487)
Alec Solotorovsky (No. 6297666)

Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
ssolberg@eimerstahl.com
asolotorovsky@eimerstahl.com
ehady@eimerstahl.com

Attorneys for Metropolitan Family Services and Afterschool for Children and Teens Now (ACT Now) Coalition

*Admitted pro hac vice*