**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education, <br><br> *Defendants*. | Case No. 1:25-cv-15704 <br><br> Hon. Martha M. Pacold |

## <u>NOTICE OF APPEAL</u>

Please take notice that Plaintiffs Afterschool for Children and Teens Now (ACT Now) Coalition and Metropolitan Family Services ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order [ECF No. 62] entered on June 26, 2026, denying Plaintiffs' Motion for a Preliminary Injunction [ECF No. 46] in this matter.

Dated: July 13, 2026                                    Respectfully submitted,

/s/ *Jocelyn Skinner*                                    /s/ *Aneel Chablani*

Jocelyn (Josie) E. Skinner (*pro hac vice*)        Aneel L. Chablani (No. 6242658)
Emily K. Merolli (*pro hac vice*)                    Michael R. Ortega (No. 6339469)
SLIGO LAW GROUP, PLLC                              CHICAGO LAWYERS' COMMITTEE
1717 K St. NW, Suite 900                            FOR CIVIL RIGHTS
Washington, DC 20006                               25 E. Washington St., Suite 1300
Telephone: (202) 888-2084                          Chicago, IL 60602
josie@sligolawgroup.com                            Telephone: (312) 630-9744
emily@sligolawgroup.com                            Facsimile: (312) 630-1127
                                                    achablani@clccrul.org
                                                    mortega@clccrul.org

/s/ *Scott C. Solberg*

Scott C. Solberg (No. 6204487)
Alec Solotorovsky (No. 6297666)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718                    *Attorneys for Plaintiffs*
ssolberg@eimerstahl.com                      *Afterschool for Children and Teens*
asolotorovsky@eimerstahl.com                 *Now (ACT Now) Coalition and*
ehady@eimerstahl.com                         *Metropolitan Family Services*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the attached notice was served on all counsel of record on this 13th day of July, 2026 via the Court's ECF system.

*/s/ Scott C. Solberg*
Scott C. Solberg