**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Afterschool for Children and Teens (ACT) Now, et al.

Plaintiff,

v.

Case No.: 1:25−cv−15704
Honorable Martha M. Pacold

United States Department Of Education, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

MINUTE entry before the Honorable Martha M. Pacold: By 8/19/2026, defendants shall file any supplemental brief on the court's jurisdiction over Counts VII and VIII. Plaintiffs shall file any response by 9/10/2026, and defendants any reply by 9/24/2026. While the court understands the parties' need to preserve the availability of argument for appeal, any supplemental briefing should primarily respond to the court's existing opinion on related jurisdictional issues, [60], and not simply reiterate arguments already presented. The court will assess the need for argument on the motion after reviewing the briefing submitted by the parties. Moreover, in light of pending jurisdictional issues and the fact that the relevant factual issues might be elucidated by the pending appeal, defendants' request, [70] at 2, to stay discovery pending resolution of the outstanding motion to dismiss, [28], is granted. The joint initial status report is due by 7/28/26. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.