# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Afterschool for Children and Teens (ACT) Now, et al.

                                                Plaintiff,

v.                                                      Case No.: 1:25−cv−15704

                                                        Honorable Martha M.
                                                        Pacold

United States Department Of Education, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

   MINUTE entry before the Honorable Martha M. Pacold: In any briefing on jurisdiction, see [72], the parties should address the applicability of the so−called "Griggs principle" and whether, in light of the pending appeal, the court has the authority to resolve the pending motion to dismiss [28]. See Coinbase, Inc. v. Bielski, 599 U.S. 736, 740 (2023) (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)); May v. Sheahan, 226 F.3d 876, 880 (7th Cir. 2000); Fed. R. Civ. P. 62.1(a). In light of the need for briefing on this additional issue, the parties are each given an additional 10 pages of briefing dedicated to this issue in their opening supplemental briefs, and the government may include an additional 5 pages of briefing in its reply. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.