**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF EDUCATION and LINDA McMAHON, in her official capacity as Secretary, U.S. Department of Education,

*Defendants*.

Case No. 1:25-cv-15704

Hon. Martha M. Pacold

**MOTION FOR LEAVE TO WITHDRAW BEATRIZ A. DIAZ-POLLACK**

Plaintiffs Afterschool for Children and Teens Now (ACT NOW) Coalition and Metropolitan Family Services respectfully request that the Court withdraw the appearance of Beatriz A. Diaz-Pollack in the above-captioned action. Effective July 31, 2026, Ms. Diaz-Pollack will resign from Chicago Lawyers' Committee for Civil Rights. The Plaintiffs will continue to be represented by the Chicago Lawyers' Committee for Civil Rights attorneys listed in this matter.

Dated: July 31, 2026

Respectfully submitted,

/s/ *Beatriz Diaz-Pollack*

Jocelyn (Josie) E. Skinner (*pro hac vice*)
Emily K. Merolli (*pro hac vice*)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 888-2084
josie@sligolawgroup.com
emily@sligolawgroup.com

Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
Beatriz A. Diaz-Pollack (No. 6274809
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (312) 630-9744
achablani@clccrul.org
mortega@clccrul.org
bdiaz-pollack@clccrul.org

Scott C. Solberg (No. 6204487)
Alec Solotorovsky (No. 6297666)
Elizabeth Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
ssolberg@eimerstahl.com
asolotorovsky@eimerstahl.com
ehady@eimerstahl.com

*Attorneys for Plaintiffs*
*Afterschool for Children and Teens*
*Now (ACT Now) Coalition and*
*Metropolitan Family Services*

CERTIFICATE OF SERVICE

I certify that on July 31, 2026, the foregoing Motion for Leave to Withdraw Beatriz Diaz-Pollack was filed with the Clerk of the Court of the United State District Court for the Northern District of Illinois, using the CM/ECF filing system, which will send notice of electronic filing to all counsel of record.

*/s/ Beatriz A. Diaz-Pollack*__
Beatriz A. Diaz-Pollack