UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| IN RE THE MATTER OF THE GOVERNMENT'S OMNIBUS MOTION TO WITHDRAW DESIGNATIONS OF FORMER ASSISTANT UNITED STATES ATTORNEYS | ) ) ) ) ) | Nos. [Identified in *Exhibit A*]<br>Chief Judge Virginia M. Kendall |

**ORDER**

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Omnibus Motion to Withdraw Designations of Former Assistant United States Attorneys, and having shown good cause in support of its motion, it is hereby ORDERED that the government is granted leave to withdraw the designation of the attorneys identified in its motion as counsel for the United States in the matters identified in *Exhibit A* to this Order and those counsel shall be removed from the electronic notification list for those matters.

ENTER:

Virginia M. Kendall
Hon. Virginia M. Kendall
Chief Judge

DATE: 10/7/2026

**EXHIBIT A**

| Former AUSA | Case Number |
|---|---|
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:09-cr-00669 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:19-cr-00351 |
| Alejandro Ortega | 1:20-cr-00919 |
| Alejandro Ortega | 1:23-cr-00097 |
| Alejandro Ortega | 1:23-cr-00176 |
| Alejandro Ortega | 1:25-cr-00065 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00278 |
| Alejandro Ortega | 1:25-cr-00595 |
| Alejandro Ortega | 1:25-cr-00595 |
| Alejandro Ortega | 1:25-cv-02637 |
| Alejandro Ortega | 1:26-cv-11921 |
| Alejandro Ortega | 1:77-cr-00439 |
| Alexandra Morgan | 1:21-cr-00252 |
| Alexandra Morgan | 1:24-cr-00062 |
| Alexandra Morgan | 1:24-cr-00262 |
| Alexandra Morgan | 1:25-cv-06335 |
| Andrew Erskine | 1:22-cr-00269 |
| Andrew Erskine | 1:24-cv-03853 |
| Andrew Erskine | 1:24-cv-09668 |
| Andrew Erskine | 1:26-cr-00267 |
| Andrew Erskine | 1:26-cv-07384 |
| Ashley Chung | 1:18-cr-00818 |
| Ashley Chung | 1:19-cr-00079 |

| Former AUSA | Case Number |
|---|---|
| Ashley Chung | 1:19-cr-00601 |
| Ashley Chung | 1:20-cr-00130 |
| Ashley Chung | 1:20-cr-00130 |
| Ashley Chung | 1:20-cr-00225 |
| Ashley Chung | 1:20-cr-00286 |
| Ashley Chung | 1:20-cr-00864 |
| Ashley Chung | 1:22-cr-00058 |
| Ashley Chung | 1:22-cr-00058 |
| Ashley Chung | 1:23-cr-00441 |
| Ashley Chung | 1:24-cr-00232 |
| Ashley Chung | 1:25-cr-00321 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:09-cr-00830 |
| Barry Jonas | 1:18-cr-00490 |
| Barry Jonas | 1:18-cr-00783 |
| Beth Palmer | 1:13-cr-00623 |
| Beth Palmer | 1:14-cr-00705 |
| Beth Palmer | 1:14-cr-00705 |
| Beth Palmer | 1:20-cr-00288 |
| Beth Palmer | 1:20-cr-00303 |
| Beth Palmer | 1:23-cr-00236 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00307 |
| Beth Palmer | 1:23-cr-00346 |
| Beth Palmer | 1:23-cv-16279 |
| Beth Palmer | 1:24-cr-00172 |

| Former AUSA | Case Number |
|---|---|
| Beth Palmer | 1:24-cr-00403 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00029 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Beth Palmer | 1:25-cr-00382 |
| Bradley Tucker | 1:24-cr-00262 |
| Bradley Tucker | 1:25-cv-14691 |
| Bradley Tucker | 1:26-cv-01609 |
| Bradley Tucker | 1:26-cv-07861 |
| Bradley Tucker | 1:26-cv-07886 |
| Brandon Stone | 1:02-cr-00719 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-00971 |
| Brandon Stone | 1:10-cr-01047 |
| Brandon Stone | 1:16-cr-00462 |
| Brandon Stone | 1:23-cr-00283 |
| Brandon Stone | 1:23-cr-00283 |
| Brandon Stone | 1:23-cr-00443 |
| Brandon Stone | 1:24-cr-00014 |
| Brandon Stone | 1:24-cr-00153 |
| Brandon Stone | 1:24-cr-00454 |
| Brandon Stone | 1:24-cr-00454 |
| Brandon Stone | 1:25-cr-00128 |
| Brandon Stone | 3:15-cr-50011 |
| Brian Kerwin | 1:10-cr-00063 |

| Former AUSA | Case Number |
|---|---|
| Brian Kerwin | 1:10-cr-00063 |
| Brian Kerwin | 1:10-cr-00063 |
| Brian Kerwin | 1:21-cr-00353 |
| Brian Kerwin | 1:25-cv-14251 |
| Brian Kerwin | 1:26-cv-00591 |
| Cassandra Maier | 3:20-cv-50447 |
| Cassandra Maier | 3:22-cv-50103 |
| Cassandra Maier | 3:23-cv-50004 |
| Cassandra Maier | 3:23-cv-50173 |
| Cassandra Maier | 3:24-cv-50276 |
| Cassandra Maier | 3:25-cv-50526 |
| David DeCelles | 1:25-cv-08550 |
| David DeCelles | 1:25-cv-09658 |
| David DeCelles | 1:25-cv-09676 |
| David DeCelles | 3:24-cv-50034 |
| David DeCelles | 3:25-cv-50219 |
| Erika Csicsila | 1:05-cr-00019 |
| Erika Csicsila | 1:25-cv-01968 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:19-cr-00351 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:21-cr-00618 |
| Jason Julien | 1:22-cv-05546 |
| Jason Julien | 1:24-cr-00191 |
| Jason Julien | 1:24-cr-00347 |
| Jason Julien | 1:25-cr-00213 |
| Jimmy Arce | 1:10-cr-01047 |

| Former AUSA | Case Number |
|---|---|
| Jimmy Arce | 1:12-cr-00521 |
| Jimmy Arce | 1:17-cr-00319 |
| Jimmy Arce | 1:17-cr-00509 |
| Jimmy Arce | 1:18-cr-00356 |
| Jimmy Arce | 1:19-cr-00936 |
| Jimmy Arce | 1:20-cr-00303 |
| Jimmy Arce | 1:20-cv-04577 |
| Jimmy Arce | 1:21-cr-00631 |
| Jimmy Arce | 1:21-cr-00659 |
| Jimmy Arce | 1:22-cr-00165 |
| Jimmy Arce | 1:22-cr-00223 |
| Jimmy Arce | 1:22-cv-04706 |
| Jimmy Arce | 1:23-cr-00227 |
| Jimmy Arce | 1:23-cr-00229 |
| Jimmy Arce | 1:23-cr-00230 |
| Jimmy Arce | 1:23-cr-00231 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00307 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00384 |
| Jimmy Arce | 1:23-cr-00492 |
| Jimmy Arce | 1:23-cr-00557 |
| Jimmy Arce | 1:23-cv-16279 |
| Jimmy Arce | 1:24-cr-00172 |
| Jimmy Arce | 1:24-cr-00576 |
| Jimmy Arce | 1:24-cr-00577 |
| Jimmy Arce | 1:24-cr-00592 |
| Jimmy Arce | 1:24-cv-01068 |

| Former AUSA | Case Number |
|---|---|
| Jimmy Arce | 1:24-cv-02196 |
| Jimmy Arce | 1:25-cv-11260 |
| Jimmy Arce | 1:25-cv-12430 |
| Jimmy Arce | 1:26-cv-02298 |
| Jonathan Haile | 1:18-cv-06532 |
| Jonathan Haile | 1:22-cv-01048 |
| Jonathan Haile | 1:24-cv-00201 |
| Jonathan Haile | 1:24-cv-00575 |
| Jonathan Haile | 1:24-cv-06952 |
| Jonathan Haile | 1:25-cv-01848 |
| Jonathan Haile | 1:25-cv-08051 |
| Jonathan Haile | 1:25-cv-08664 |
| Jonathan Haile | 1:25-cv-10417 |
| Jonathan Haile | 1:25-cv-11943 |
| Jonathan Haile | 1:25-cv-12444 |
| Jonathan Haile | 1:25-cv-13323 |
| Kathleen Flannery | 1:24-cv-06088 |
| Kathleen Flannery | 1:24-cv-07404 |
| Kavitha Babu | 1:15-cr-00067 |
| Kavitha Babu | 1:17-cr-00234 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:19-cr-00351 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:20-cr-00750 |
| Kavitha Babu | 1:22-cr-00279 |
| Kavitha Babu | 1:24-cr-00410 |
| Kavitha Babu | 1:26-cv-06158 |
| Kristen Totten | 1:12-cr-00755 |
| Kristen Totten | 1:12-cr-00755 |
| Kristen Totten | 1:12-cr-00755 |

| Former AUSA | Case Number |
|---|---|
| Kurt Siegal | 1:19-cr-00766 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:24-cr-00127 |
| Kurt Siegal | 1:25-cr-00178 |
| Mary McClelland | 1:00-cr-00826 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:09-cr-00669 |
| Mary McClelland | 1:16-cr-00462 |
| Mary McClelland | 1:20-cr-00321 |
| Mary McClelland | 1:20-cr-00513 |
| Mary McClelland | 1:24-cv-06973 |
| Mary McClelland | 1:25-cr-00013 |
| Mary McClelland | 1:25-cr-00013 |
| Mary McClelland | 1:25-cr-00109 |
| Mary McClelland | 1:26-cr-00039 |
| Maureen Merin | 1:08-cr-00225 |
| Maureen Merin | 1:08-cr-00947 |
| Maureen Merin | 1:08-cr-00947 |
| Maureen Merin | 1:08-cr-00947 |
| Maureen Merin | 1:10-cr-00113 |
| Maureen Merin | 1:10-cr-00608 |
| Maureen Merin | 1:17-cr-00319 |
| Maureen Merin | 1:18-cr-00262 |
| Maureen Merin | 1:19-cr-00509 |
| Maureen Merin | 1:25-cr-00110 |
| Maureen Merin | 1:25-cr-00605 |
| Maureen Merin | 1:26-cr-00193 |
| Maureen Merin | 1:26-cv-07205 |
| Megan DeMarco | 1:22-cr-00269 |
| Megan DeMarco | 1:22-cr-00269 |

| Former AUSA | Case Number |
|---|---|
| Megan DeMarco | 1:23-cr-00208 |
| Megan DeMarco | 1:23-cr-00208 |
| Megan DeMarco | 1:23-cr-00340 |
| Megan DeMarco | 1:23-cr-00441 |
| Megan DeMarco | 1:23-cr-00495 |
| Megan DeMarco | 1:23-cr-00585 |
| Megan DeMarco | 1:23-cv-15145 |
| Megan DeMarco | 1:24-cr-00572 |
| Megan DeMarco | 1:24-cr-00604 |
| Megan DeMarco | 1:24-cv-01108 |
| Megan DeMarco | 1:25-cr-00003 |
| Megan DeMarco | 1:25-cr-00003 |
| Megan DeMarco | 1:25-cr-00013 |
| Megan DeMarco | 1:25-cr-00013 |
| Megan DeMarco | 1:25-cr-00149 |
| Megan DeMarco | 1:25-cr-00149 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00194 |
| Megan DeMarco | 1:25-cr-00258 |
| Megan DeMarco | 1:25-cv-09572 |
| Megan DeMarco | 1:26-cv-06834 |
| Megan DeMarco | 1:26-cv-08304 |
| Meghan Morrissey | 1:03-cr-00090 |
| Meghan Morrissey | 1:12-cr-00503 |
| Meghan Morrissey | 1:20-cr-00577 |
| Meghan Morrissey | 1:21-cr-00603 |
| Meghan Morrissey | 1:23-cr-00113 |
| Meghan Morrissey | 1:23-cr-00113 |
| Meghan Morrissey | 1:23-cr-00340 |
| Meghan Morrissey | 1:23-cr-00412 |

| Former AUSA | Case Number |
|---|---|
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00412 |
| Meghan Morrissey | 1:23-cr-00495 |
| Meghan Morrissey | 1:23-cr-00643 |
| Meghan Morrissey | 1:23-cv-16279 |
| Meghan Morrissey | 1:24-cr-00572 |
| Meghan Morrissey | 1:24-cr-00604 |
| Meghan Morrissey | 1:25-cr-00003 |
| Meghan Morrissey | 1:25-cr-00003 |
| Meghan Morrissey | 1:25-cr-00013 |
| Meghan Morrissey | 1:25-cr-00013 |
| Meghan Morrissey | 1:25-cr-00128 |
| Meghan Morrissey | 1:25-cr-00149 |
| Meghan Morrissey | 1:25-cr-00149 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:25-cr-00194 |
| Meghan Morrissey | 1:26-cv-05182 |
| Meghan Morrissey | 1:99-cr-00287 |
| Melody Wells | 1:22-cr-00279 |
| Melody Wells | 1:22-cr-00323 |
| Melody Wells | 1:22-cr-00323 |
| Melody Wells | 1:25-cr-00631 |
| Melody Wells | 1:25-cr-00812 |
| Michelle Petersen | 1:13-cr-00105 |
| Michelle Petersen | 1:13-cr-00623 |
| Michelle Petersen | 1:15-cr-00583 |
| Michelle Petersen | 1:20-cv-02870 |
| Paige Nutini | 1:14-cr-00705 |
| Paige Nutini | 1:14-cr-00705 |

| Former AUSA | Case Number |
|---|---|
| Paige Nutini | 1:21-cr-00603 |
| Paige Nutini | 1:25-cr-00021 |
| Patrick Johnson | 1:19-cv-06322 |
| Patrick Johnson | 1:22-cv-00160 |
| Patrick Johnson | 1:24-cv-02586 |
| Patrick Johnson | 1:24-cv-07950 |
| Patrick Johnson | 1:25-cv-02005 |
| Patrick Johnson | 1:25-cv-05463 |
| Patrick Johnson | 1:25-cv-12765 |
| Patrick Johnson | 1:25-cv-13323 |
| Patrick Johnson | 1:25-cv-13863 |
| Patrick Johnson | 1:25-cv-15704 |
| Patrick Johnson | 1:26-cv-01566 |
| Patrick Johnson | 1:26-cv-03140 |
| Paul Mower | 1:19-cr-00744 |
| Paul Mower | 1:19-cr-00744 |
| Paul Mower | 1:21-cr-00631 |
| Paul Mower | 1:22-cr-00520 |
| Paul Mower | 1:25-cr-00667 |
| Paul Mower | 1:25-cr-00668 |
| Paul Mower | 1:25-cv-03724 |
| Prashant Kolluri | 1:03-cr-00090 |
| Prashant Kolluri | 1:11-cr-00782 |
| Prashant Kolluri | 1:11-cr-00782 |
| Prashant Kolluri | 1:20-cr-00577 |
| Prashant Kolluri | 1:22-cr-00022 |
| Prashant Kolluri | 1:22-cr-00460 |
| Prashant Kolluri | 1:22-cr-00594 |
| Prashant Kolluri | 1:23-cr-00017 |
| Prashant Kolluri | 1:23-cr-00018 |
| Prashant Kolluri | 1:24-cr-00153 |
| Prashant Kolluri | 1:24-cr-00191 |

| Former AUSA | Case Number |
|---|---|
| Prashant Kolluri | 1:24-cr-00244 |
| Prashant Kolluri | 1:24-cr-00244 |
| Prashant Kolluri | 1:24-cr-00377 |
| Prashant Kolluri | 1:24-cr-00598 |
| Prashant Kolluri | 1:24-cr-00598 |
| Prashant Kolluri | 1:25-cr-00124 |
| Prashant Kolluri | 1:25-cr-00213 |
| Prashant Kolluri | 1:25-cr-00276 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:25-cr-00654 |
| Prashant Kolluri | 1:26-cr-00172 |
| Prashant Kolluri | 1:26-cr-00281 |
| Prashant Kolluri | 1:26-cr-00281 |
| Prashant Kolluri | 1:26-cv-03039 |
| Sarah Streicker | 1:25-cr-00513 |
| Sarah Streicker | 1:26-cv-01888 |
| Sarah Streicker | 1:98-cr-00137 |
| Scott Edenfield | 1:14-cr-00146 |
| Scott Edenfield | 1:16-cr-00759 |
| Scott Edenfield | 1:19-cr-00936 |
| Scott Edenfield | 1:25-cv-08476 |
| Scott Heffron | 1:00-cr-00966 |
| Scott Heffron | 1:00-cr-00966 |
| Scott Heffron | 1:02-cr-00573 |
| Scott Heffron | 1:03-cr-00360 |
| Scott Heffron | 1:06-cr-00650 |
| Scott Heffron | 1:08-cr-00140 |
| Scott Heffron | 1:09-cr-00669 |
| Scott Heffron | 1:09-cr-00669 |
| Scott Heffron | 1:09-cr-00669 |

| Former AUSA | Case Number |
|---|---|
| Scott Heffron | 1:12-cr-00318 |
| Scott Heffron | 1:15-cr-00689 |
| Scott Heffron | 1:16-cr-00307 |
| Scott Heffron | 1:17-cr-00518 |
| Scott Heffron | 1:20-cr-00342 |
| Scott Heffron | 1:24-cv-04030 |
| Scott Heffron | 1:24-cv-11992 |
| Scott Heffron | 1:25-cv-03705 |
| Scott Heffron | 1:25-cv-09967 |
| Scott Heffron | 1:25-cv-10458 |
| Sivashree Sundaram | 1:11-cr-00784 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:18-cr-00728 |
| Sivashree Sundaram | 1:21-cr-00392 |
| Sivashree Sundaram | 1:22-cr-00317 |
| Sivashree Sundaram | 1:25-cr-00545 |
| Sivashree Sundaram | 1:25-cr-00621 |
| Sivashree Sundaram | 1:26-cr-00111 |
| Stuart Fullerton | 1:00-cr-00105 |
| Stuart Fullerton | 1:00-cr-00105 |
| Stuart Fullerton | 1:00-cr-00160 |
| Stuart Fullerton | 1:01-cr-00390 |
| Stuart Fullerton | 1:03-cr-00095 |
| Stuart Fullerton | 1:95-cr-00524 |
| Stuart Fullerton | 1:95-cr-00585 |
| Stuart Fullerton | 1:95-cr-00602 |
| Stuart Fullerton | 1:95-cr-00605 |
| Stuart Fullerton | 1:95-cr-00643 |
| Stuart Fullerton | 1:95-cr-00759 |
| Stuart Fullerton | 1:96-cr-00014 |
| Stuart Fullerton | 1:96-cr-00032 |

| Former AUSA | Case Number |
|---|---|
| Stuart Fullerton | 1:96-cr-00033 |
| Stuart Fullerton | 1:96-cr-00108 |
| Stuart Fullerton | 1:96-cr-00144 |
| Stuart Fullerton | 1:96-cr-00245 |
| Stuart Fullerton | 1:96-cr-00246 |
| Stuart Fullerton | 1:96-cr-00268 |
| Stuart Fullerton | 1:96-cr-00464 |
| Stuart Fullerton | 1:96-cr-00580 |
| Stuart Fullerton | 1:96-cr-00622 |
| Stuart Fullerton | 1:96-cr-00625 |
| Stuart Fullerton | 1:96-cr-00746 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00089 |
| Stuart Fullerton | 1:97-cr-00496 |
| Stuart Fullerton | 1:97-cr-00606 |
| Stuart Fullerton | 1:97-cr-00715 |
| Stuart Fullerton | 1:97-cr-00716 |
| Stuart Fullerton | 1:98-cr-00777 |
| Stuart Fullerton | 1:98-cr-00897 |
| Terry Kinney | 1:01-cr-00105 |
| Terry Kinney | 1:17-cr-00518 |
| Terry Kinney | 1:20-cr-00209 |
| Terry Kinney | 1:96-cr-00514 |
| Terry Kinney | 1:96-cr-00514 |
| Thomas Peabody | 1:18-cr-00133 |
| Thomas Peabody | 1:21-cr-00408 |
| Thomas Peabody | 1:21-cr-00659 |
| Thomas Peabody | 1:22-cr-00127 |
| Thomas Peabody | 1:23-cr-00413 |
| Thomas Peabody | 1:23-cr-00574 |
| Thomas Peabody | 1:23-cr-00575 |

| Former AUSA | Case Number |
|---|---|
| Thomas Peabody | 1:23-cr-00576 |
| Thomas Peabody | 1:25-cr-00812 |
| Thomas Peabody | 1:26-cr-00106 |
| Thomas Peabody | 1:26-cv-09891 |
| Tiffany Ardam | 1:96-cr-00292 |
| Vikas Didwania | 1:19-cr-00040 |
| Vikas Didwania | 1:19-cr-00040 |
| Vikas Didwania | 1:20-cr-00231 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00688 |
| Vikas Didwania | 1:20-cr-00703 |
| Vikas Didwania | 1:21-cr-00408 |
| Vikas Didwania | 1:21-cr-00606 |
| Vikas Didwania | 1:22-cr-00127 |
| Vikas Didwania | 1:23-cr-00184 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:24-cr-00605 |
| Vikas Didwania | 1:26-cv-00321 |